UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIPL, INC., <br>         Plaintiff, <br>   v. <br> RIPL AGENCY, LLC, <br>         Defendant. | NO. 2:21-cv-852-BJR <br><br> ORDER GRANTING MOTION FOR TEMPORARY STAY |

This matter comes before the Court on the parties' Stipulated Motion for Temporary Stay.  The parties indicate that they have reached a settlement and request that this matter be stayed until March 31, 2022.

Having reviewed the motion and the balance of the record in this case, the Court GRANTS the Stipulated Motion for Temporary Stay (Dkt. No. 19) and ORDERS that this matter is STAYED until March 31, 2022.

Dated January 13, 2022.

*[signature]*

Barbara Jacobs Rothstein
United States District Judge

ORDER – 1