Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| RIPL, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>RIPL AGENCY, LLC, a North Carolina limited liability company,<br><br>    Defendant. | NO. 2:21-cv-00852-BJR<br><br>ORDER GRANTING DISMISSAL |

    This matter comes before the Court on the parties' Stipulated Motion for Dismissal. The parties indicate that they have reached a settlement and request that this matter be dismissed with prejudice and without recovery of fees or costs to any party.

    Having reviewed the motion and the balance of the record in this case, the Court GRANTS the Stipulated Motion for Dismissal. (Dkt. 21).

    Dated this 10th day of March, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
United States District Judge